B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Credit-Based Asset Servicing and Securitization LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>13-3897606 | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>335 Madison Avenue, 19th Floor<br>New York, New York<br>ZIP CODE 10017 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Credit-Based Asset Servicing and Securitization LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: See Attachment 1 | Case Number: | Date Filed: |
|---|---|---|
| District: Southern District of New York | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Credit-Based Asset Servicing and Securitization LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _[signature]_
Signature of Attorney for Debtor(s)
**Peter S. Partee, Sr.**
Printed Name of Attorney for Debtor(s)
**Hunton & Williams LLP**
Firm Name

Address  200 Park Avenue, 53rd Floor
         New York, New York 10166
         (212) 309-1000

Telephone Number

Date  11/12/10

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Authorized Individual
**Andrew Rickert**
Printed Name of Authorized Individual
**Executive Vice President**
Title of Authorized Individual

Date  11/12/10

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# ATTACHMENT 1

## Pending Bankruptcy Cases Filed by any Affiliate of this Debtor

On the date hereof, each of the below-listed entities, including this debtor, filed their respective voluntary petitions for relief under chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York:

| ENTITY NAME | EIN |
|---|---|
| Credit-Based Asset Servicing and Securitization LLC (LEAD CASE) | 13-3897606 |
| C-BASS CBO Holding LLC | 20-3936892 |
| C-BASS Credit Corp. | 13-4066104 |
| C-BASS Investment Management LLC | 13-3897606 |
| NIM I LLC | 13-3897606 |
| Pledged Property II LLC | 13-3897606 |
| Starfish Management Group LLC | 13-3897606 |
| Sunfish Management Group LLC | 20-2347711 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------)
                                                               )
In re:                                                         )   Chapter 11
                                                               )
CREDIT-BASED ASSET SERVICING                                   )   Case No. 10-____ (___)
AND SECURITIZATION LLC,                                        )
                                                               )
                        Debtor.                                )
                                                               )
---------------------------------------------------------------)

## ORDER SCHEDULING INITIAL CASE CONFERENCE

The debtor and debtor-in-possession in the above-captioned case (the "Debtor"), having filed a petition for reorganization under chapter 11 of the United States Bankruptcy Code on November 12, 2010, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is:

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Room ___, Alexander Hamilton Custom House, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **_____, 2010 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, inter alia, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

**ORDERED**, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the ten largest unsecured claims), the holders of the five largest secured claims, any postpetition lender to the

1

Debtor, and the United States Trustee for the Southern District of New York, and shall promptly

file proof of service of such notice with the Clerk of the Court.

Dated: New York, New York
    November __, 2010

                                        _____
                                        THE HONORABLE
                                        UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC, | ) Case No. 10-____ (___) |
| Debtor. | ) |

# LIST OF EQUITY SECURITY HOLDERS

Credit-Based Asset Servicing and Securitization LLC (the "Company") hereby files its List of Equity Security Holders pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure. This list represents the Company's equity security holders as of November 12, 2010.

| Holder | Kind | Percentage of Outstanding Interests |
|---|---|---|
| C-BASS Holding LLC<br>335 Madison Avenue, 19th Floor<br>New York, New York 10017 | Membership Interest | 9% |
| MGIC Mortgage and Consumer Asset I, LLC<br>c/o MGIC Investment Corporation<br>MGIC Plaza<br>250 E. Kilbourn Avenue<br>Milwaukee, Wisconsin 53302 | Membership Interest | 45.5% |
| Residual Interest Investments LP<br>c/o Radian Group, Inc.<br>1601 Market Street<br>Philadelphia, Pennsylvania 19103 | Membership Interest | 45.5% |

# CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC

## WRITTEN CONSENT OF MANAGERS IN LIEU OF MEETING

The undersigned members of the Board of Managers (the "Board") of CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC (the "Company"), a Delaware limited liability company, acting by requisite written consent in accordance with the Company's Fifth Amended and Restated Limited Liability Company Agreement dated as of November 16, 2007, as amended to date (the "LLC Agreement") and applicable law, waive notice of time, place and purpose of a meeting of the Board and hereby consent and agree to the following actions with the same force and effect as if approved by Minimum Vote at a duly constituted meeting of the Board and direct that this document be delivered to the Company for inclusion in the minutes or filing with the records of the Company:

WHEREAS, the Board has considered the Company's business activities and proposed restructuring alternatives;

NOW, THEREFORE, BE IT RESOLVED, that in the good faith business judgment of the Board, it is in the best interest of the Company, its creditors, stakeholders and other interested parties, that a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and

BE IT RESOLVED FURTHER, that the officers of the Company or any one of them (the "Officers") be, and each hereby is, authorized, empowered and directed to execute and verify on behalf of and in the name of the Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court in such form and at such time as the Officer executing said petition on behalf of the Company shall determine; and

BE IT RESOLVED FURTHER, that the Officers of the Company, or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, a plan of reorganization and disclosure statement, and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel or other professionals and to take any and all actions which they deem necessary and proper in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case; and

BE IT RESOLVED FURTHER, that the Officers of the Company or any one of them be, and each hereby is, authorized, empowered and directed to (i) prepare, or cause to be prepared on the Company's behalf, the necessary documents, including without limitation a plan of reorganization and disclosure statement, and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers referred to in the

foregoing resolution, and, (ii) in the express prior approval of the Board at a duly convened meeting or by unanimous written consent (a) file and prosecute to a conclusion any such plan of reorganization, and (b) to take any and all actions necessary and proper in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case; and

BE IT RESOLVED FURTHER, that the Company shall be and hereby is authorized, empowered and directed to employ, on behalf of the Company, the law firm of Hunton & Williams LLP under a special retainer as counsel to the Company and in other related matters on such terms and conditions as the Officers of the Company shall approve; and

BE IT RESOLVED FURTHER, that the Company shall be and hereby is authorized, empowered and directed to employ, on behalf of the Company, Protiviti Inc. as financial advisor to the Company on such terms and conditions as the Officers of the Company shall approve; and

BE IT RESOLVED FURTHER, that the Company shall be and hereby is authorized and empowered to employ, on behalf of the Company, such other counsel, financial advisors or other professionals as may be prudent and desirable in connection with the prosecution and/or administration of the restructuring of the Company under the Bankruptcy Code on such terms and conditions as the Officers of the Company shall approve; and

BE IT RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or matters related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and

BE IT RESOLVED FURTHER, that the effective date of the foregoing resolutions shall be November 8, 2010.

This Written Consent of Managers in Lieu of Meeting may be executed in any number of separate counterparts which, when taken together, shall constitute but one and the same document.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent of Mangers in Lieu of Meeting as of November 8, 2010.

*/s/ Christopher J. Curran/*

Chris Curran, Radian Manager representing
a 45.5 Percentage Interest in the Company


_____

Bernhard Verhoeven, MGIC Manager
representing a 45.5 Percentage Interest in
the Company


_____

Bruce J. Williams, Holding LLC manager
representing a 9 Percentage Interest in the
Company

number of separate counterparts which, when taken together, shall constitute but one and the same document.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent of Mangers in Lieu of Meeting as of November 8, 2010.

_____
Chris Curran, Radian Manager representing a 45.5 Percentage Interest in the Company

_____
Bernhard Verhoeven, MGIC Manager representing a 45.5 Percentage Interest in the Company

_____
Bruce J. Williams, Holding LLC manager representing a 9 Percentage Interest in the Company

This Written Consent of Managers in Lieu of Meeting may be executed in any number of separate counterparts which, when taken together, shall constitute but one and the same document.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent of Mangers in Lieu of Meeting as of November 8, 2010.

_____
Chris Curran, Radian Manager representing a 45.5 Percentage Interest in the Company


_____
Bernhard Verhoeven, MGIC Manager representing a 45.5 Percentage Interest in the Company


*[signature: Bruce]*
_____
Bruce J. Williams, Holding LLC manager representing a 9 Percentage Interest in the Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                   ) Chapter 11
                                                         )
CREDIT-BASED ASSET SERVICING                             ) Case No. 10-_____ (___)
AND SECURITIZATION LLC,                                  )
                                                         )
        Debtor.                                         )
                                                         )

## CORPORATE OWNERSHIP STATEMENT

      Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 and Local Bankruptcy Rule 1007-3, Credit-Based Asset Servicing and Securitization LLC certifies that the following is a complete and accurate list of corporations that own 10% or more of any class of its equity interests:

MGIC Mortgage and Consumer Asset I, LLC
c/o MGIC Investment Corporation
MGIC Plaza
250 E. Kilbourn Avenue
Milwaukee, Wisconsin 53302

Residual Interest Investments LP
c/o Radian Group, Inc.
1601 Market Street
Philadelphia, Pennsylvania 19103

Credit-Based Asset Servicing and
Securitization LLC

_____
Name: Andrew Rickert
Title: Executive Vice President

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC

    I, Andrew Rickert, an authorized signatory of Credit-Based Asset Servicing and Securitization LLC, named as a debtor and debtor-in-possession in this case, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that I have read the foregoing voluntary petition and attachment and they are true and correct to the best of my information and belief.

                                                          Name: Andrew Rickert
                                                          Authorized Signatory