UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: ) Chapter 11
)
CREDIT-BASED ASSET SERVICING ) Case No. 10-16040 (ALG)
AND SECURITIZATION LLC, et al., )
) Joint Administration
Debtors.[1] ) Requested

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a consolidated list (the "Consolidated List") of creditors holding the thirty (30) largest unsecured claims against Credit-Based Asset Servicing and Securitization LLC and its affiliated debtors (collectively, the "Debtors"). This Consolidated list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The list does not include (1) persons or entities who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The information, herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority, or amount of any claim.[2]

| Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set off | Approximate Amount of Claim (If secured also state value of security) |
|---|---|---|---|---|
| Whole Loan Trust 2010 (as assignee of Commerzbank AG) | 2 North LaSalle Street, Suite 1020 Chicago, IL 60602 Attn: Bruce Harris bruce.harris@commerzbank.com Fax: (212) 266-7374 | Repurchase Agreement | - | $174,868,398.22 |

---

[1] The other Debtors are C-BASS CBO Holding LLC, C-BASS Credit Corp., C-BASS Investment Management LLC, NIM I LLC, Pledged Property II LLC, Starfish Management Group LLC, and Sunfish Management Group LLC.

[2] Each of the Debtors will file their respective schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The information contained in the Schedules may differ from the information set forth on the Consolidated List. The Debtors reserve the right to identify any claims listed in the Schedules as contingent, unliquidated, disputed and/or subject to setoff as appropriate. Inclusion of a claim on the Consolidated List is not an admission that the amounts are not contingent, unliquidated, disputed and/or subject to setoff, nor is it an admission that the amounts listed are owed by more than one of the Debtors.

| Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set off | Approximate Amount of Claim (If secured also state value of security) |
|---|---|---|---|---|
| Wilmington Trust 2005-1 | 1100 North Market Street<br>Wilmington, DE 19890<br>Attn: Patrick Healy<br>phealy@wilmingtontrust.com<br>Phone: (302) 636-6391 | Trust Preferred Security | Unliquidated | 128,815,003.65 |
| Alpine Securitization Corp. (CSFB - CORE II) | 11 Madison Avenue<br>New York, NY 10010<br>Attn: Bruce S. Kaiserman<br>bruce.kaiserman@credit-suisse.com<br>Phone: (212) 538-1962<br>Fax: (917) 326-7936 | Repurchase Agreement | - | 108,535,387.96 |
| Loreley Financing (Jersey) No. 22 & 28 LTD | 75 Livingston Avenue<br>Roseland, NJ 07068<br>Stern & Kilcullen, LLC<br>Attn: Stephen M. Plotnick<br>Phone: (973) 535-1900 | Litigation | Contingent<br>Unliquidated<br>Disputed | 100,000,000.00 |
| Wells Fargo 2006-1, series B | 919 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Attn: Tracy McLamb<br>tracy.m.mclamb@wellsfargo.com<br>Phone: (302) 575-2008 | Trust Preferred Security | Unliquidated | 90,243,419.23 |
| Lehman Brothers, Inc (CBO XX) | 745 Seventh Avenue, 13th Floor<br>New York, NY 10019-6801<br>Attn: John Mawe and Mark Zusy<br>Phone: (212) 526-1662<br>Fax: (646) 758-1734 | Repurchase Agreement | Contingent<br>Unliquidated | 87,961,999.11 |
| JPMorgan Chase Bank, N.A. (Whole Loans) | 383 Madison Avenue, 8th Floor<br>New York, NY 10017<br>Attn: Jonathan Davis<br>jonathan.p.davis@jpmorgan.com<br>Phone: (212) 834-3850<br>Fax: (917) 464-4160 | Repurchase Agreement | - | 72,351,499.48 |
| Merrill Lynch Mortgage Capital Inc. (Securities) (as assignee of Merrill Lynch International) | 4 World Financial Center, 12th Floor<br>New York, NY 10080<br>Attn: Stephen A. Hofmann<br>stephen_hofmann@ml.com<br>Fax: (646) 651-4488 | Repurchase Agreement | - | 48,657,281.26 |

| Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set off | Approximate Amount of Claim (If secured also state value of security) |
|---|---|---|---|---|
| Wilmington Trust 2006-3 | 1100 North Market Street<br>Wilmington, DE 19890<br>Attn: Patrick Healy<br>phealy@wilmingtontrust.com<br>Phone: (302) 636-6391 | Trust Preferred Security | Unliquidated | 46,695,438.82 |
| Greenwich Capital Financial Products, Inc. | 600 Steamboat Road<br>Greenwich, CT 06830<br>Attn: Kelly Smith<br>kelly.smith@rbs.com<br>Phone: (203) 897-3817 | Repurchase Agreement | - | 40,837,314.24 |
| Wells Fargo 2006-1, series A | 919 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Attn: Tracy McLamb<br>tracy.m.mclamb@wellsfargo.com<br>Phone: (302) 575-2008 | Trust Preferred Security | Unliquidated | 38,644,501.10 |
| Northwestern Mutual Life Insurance Co<br>(Note Purchase Agreement August 9, 2002) | 720 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Attn: Christian Mitchell<br>christianmitchell@northwesternmutual.com<br>Phone: (414) 665-8058 | Subordinated Debt | - | 38,091,473.02 |
| Merrill Lynch Mortgage Capital Inc<br>(Sub-Debt) | 4 World Financial Center, 11th Floor<br>New York, NY 10080<br>Attn: Stephen A. Hofmann<br>stephen_hofmann@ml.com<br>Fax: (646) 651-4488 | Subordinated Debt | - | 36,895,519.31 |
| Saddle Rock Onshore Funding LLC | One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Anatoly Bushler<br>abushler@faralloncapital.com<br>Phone: (415) 421-2132<br>Fax: (415) 421-2133 | Subordinated Debt | - | 36,895,519.31 |
| Bergh Holdings, LLC | One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Anatoly Bushler<br>abushler@faralloncapital.com<br>Phone: (415) 421-2132<br>Fax: (415) 421-2133 | Subordinated Debt | - | 36,895,519.31 |

| Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set off | Approximate Amount of Claim (If secured also state value of security) |
|---|---|---|---|---|
| Bank of America, N.A. (Whole Loans) | 901 Main Street, 66th Floor<br>Dallas, TX 75202<br>Attn: Stephen A. Hofmann<br>stephen_hofmann@ml.com<br>Fax: (646) 651-4488 | Repurchase Agreement | - | 36,145,569.18 |
| Barclays Bank PLC (Securities) | 745 7th Avenue<br>New York, NY 10019<br>Attn: Anna Ashurov<br>anna.ashurov@barcap.com<br>Phone: (212) 412-3757<br>Fax: (646) 845-6418 | Repurchase Agreement | - | 35,192,035.19 |
| DB Structured Products, Inc (Deutsche Bank Securities Inc.) | 60 Wall Street<br>New York, NY 10005<br>Attn: Ryan Stark<br>ryan.stark@db.com<br>Phone: (212) 250-8473 | Repurchase Agreement | - | 34,950,484.89 |
| JPMorgan Chase Bank, N.A. (Securities) | 383 Madison Avenue, 23rd Floor<br>New York, NY 10017<br>Attn: Ann Kurinskas<br>ann.kurinskas@jpmorgan.com<br>Phone: (212) 622-4527<br>Fax: (212) 622-4556 | Repurchase Agreement | - | 33,987,763.92 |
| Credit Suisse Securities (Europe) LIMITED (Securities) | 11 Madison Avenue<br>New York, NY 10010<br>Attn: Bruce S. Kaiserman<br>bruce.kaiserman@credit-suisse.com<br>Phone: (212) 538-1962<br>Fax: (917) 326-7936 | Repurchase Agreement | - | 33,738,521.08 |
| Citigroup Global Markets Inc. (as successor to Salomon Smith Barney, Inc.) | 390 Greenwich Street<br>New York, NY 10013<br>Susan Mills<br>susan.mills@citigroup.com<br>Phone: (212) 723-6376<br>Fax: (212) 723-8604 | Repurchase Agreement | - | 30,313,987.08 |
| Banc of America Securities LLC (Securities) | One Bryant Park<br>New York, NY 10036<br>Attn: Stephen A. Hofmann<br>stephen_hofmann@ml.com<br>Fax: (646) 651-4488 | Repurchase Agreement | - | 26,907,760.24 |

| Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set off | Approximate Amount of Claim (If secured also state value of security) |
|---|---|---|---|---|
| Goldman, Sachs & Co. | 200 West Street, 5th Floor<br>New York, NY 10282<br>Attn: Anthony Preisano<br>anthony.preisano@gs.com<br>Phone: (212) 855-0393<br>Fax: (212) 428-9097 | Repurchase Agreement | - | 26,674,185.88 |
| Wilmington Trust 2006-4 | 1100 North Market Street<br>Wilmington, DE 19890<br>Attn: Patrick Healy<br>phealy@wilmingtontrust.com<br>Phone: (302) 636-6391 | Trust Preferred Securities | Unliquidated | 24,152,813.19 |
| WestLB AG New York Branch | 1211 Avenue of the Americas<br>New York, NY 10036<br>Attn: Petra Fishert<br>petra_fishert@westlb.com<br>Fax: (212) 852-6374 | Loan Agreement | - | 19,501,620.14 |
| Wilmington Trust 2006-2 | 1100 North Market Street<br>Wilmington, DE 19890<br>Attn: Patrick Healy<br>phealy@wilmingtontrust.com<br>Phone: (302) 636-6391 | Trust Preferred Securities | Unliquidated | 19,322,250.55 |
| Wilmington Trust 2006-5 | 1100 North Market Street<br>Wilmington, DE 19890<br>Attn: Patrick Healy<br>phealy@wilmingtontrust.com<br>Phone: (302) 636-6391 | Trust Preferred Securities | Unliquidated | 19,322,250.55 |
| Greenwich Capital Markets, Inc. | 600 Steamboat Road<br>Greenwich, CT 06830<br>Attn: Kelly Smith<br>kelly.smith@rbs.com<br>Phone: (203) 897-3817 | Repurchase Agreement | - | 15,881,177.76 |
| Northwestern Mutual Life Insurance Co<br>(Note Exchange Agreement - September 30, 2003) | 720 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Attn: Christian Mitchell<br>christianmitchell@northwesternmutual.com<br>Phone: (414) 665-8058 | Subordinated Debt | - | 14,744,166.58 |

| Name of Creditor | Complete Mailing Address of Creditor Including Zip Code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set off | Approximate Amount of Claim (If secured also state value of security) |
|---|---|---|---|---|
| Property Asset Management, Inc (Lehman) | 745 Seventh Avenue, 13th Floor New York, NY 10019-6801 Attn: John Mawe and Mark Zusy Phone: (212) 526-1662 Fax: (646) 758-1734 | Repurchase Agreement | Contingent Unliquidated | 11,324,161.31 |

55436.000088 EMF_US 33372089v1