Peter S. Partee, Sr.
Jack A. Molenkamp
Andrew Kamensky (to be admitted *pro hac vice*)
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Proposed Attorneys for Debtors
and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC, et al., | Case No. 10-16040 (ALG) |
| Debtors.[1] | Joint Administration Requested |

## PROPOSED AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 16, 2010 AT 11:30 A.M.

TO THE HONORABLE ALLAN L. GROPPER,
UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors-in-possession propose the following agenda for the hearing scheduled before the Court on November 16, 2010 at 11:30 A.M.:

1. Motion of the Debtors and Debtors-in-Possession for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases Under Fed. R. Bankr. P. 1015(b), (II) Waiving Requirements of 11 U.S.C. Section 342(c)(1), Fed. R. Bankr. P. 1005 and Fed. R. Bankr. P. 2002(n), and (III) Authorizing the Debtors to File Required Monthly Operating Reports on a Consolidated Basis [Docket No. 4]

2. Motion of the Debtors and Debtors-in-Possession for an Order (A) Approving the Form and Manner of Notice of Commencement of Their Chapter 11 Cases, (B) Authorizing the Debtors to Prepare an Electronic List of Creditors in Lieu of Submitting and Filing a Formatted Mailing Matrix, and (C) Authorizing the Debtors to File a Consolidated List of Top 30 Unsecured Creditors [Docket No. 12]

---

[1] The other Debtors are C-BASS CBO Holding LLC, C-BASS Credit Corp., C-BASS Investment Management LLC, NIM I LLC, Pledged Property II LLC, Starfish Management Group LLC, and Sunfish Management Group LLC.

3. Motion of the Debtors and Debtors-in-Possession for Entry of an Order Establishing Notice and Service Procedures [Docket No. 7]

4. Motion of the Debtors and Debtors-in-Possession for Entry of an Order (I) Authorizing, But Not Directing, the Debtors to Pay Prepetition Payroll Taxes, Withholdings and Reimbursable Expenses; (II) Authorizing, But Not Directing, the Debtors to Continue Employee Benefit Programs on a Postpetition Basis, and (III) Authorizing All Financial Institutions to Honor All Related Checks and Electronic Payment Requests [Docket No. 13]

5. Motion of the Debtors and Debtors-in-Possession for Interim and Final Orders (I) Authorizing Continued Use of Centralized Cash Operating Account, (II) According Administrative Expense Status for Intercompany Receivables, (III) Authorizing Continued Use of Existing Business Forms, (IV) Waiving the Investment and Deposit Requirements of Section 345 of the Bankruptcy Code, (V) Authorizing the Closure of Unnecessary Bank Accounts and (VI) Granting Certain Related Relief [Docket No. 5]

6. Motion of the Debtors and Debtors-in-Possession (I) for Entry of Interim and Final Orders (A) Authorizing the Limited Use of Cash Collateral and (B) Granting Adequate Protection to the Senior Lenders and (II) for the Scheduling of a Final Hearing on the Use of Cash Collateral and the Grant of Adequate Protection to Senior Lenders [Docket No. 6]

7. Motion of Debtors and Debtors-in-Possession for Entry of an Order Authorizing the Employment and Retention of Donlin, Recano & Company, Inc. as Noticing, Claims and Balloting Agent for the Debtors [Docket No. 18]

8. *Ex Parte* Motion of Debtors and Debtors-in-Possession Credit-Based Asset Servicing and Securitization LLC and C-BASS Investment Management LLC for Entry of an Order Shortening Notice Period and Fixing the Hearing and Objection Deadline to Consider Approval of Bidding Procedures With Respect to the Sale of the Collateral Management Business [Docket No. 17]

Dated: New York, New York
November 12, 2010

**HUNTON & WILLIAMS LLP**

/s/ *Peter S. Partee, Sr.*
Peter S. Partee, Sr.
Jack A. Molenkamp
Andrew Kamensky (to be admitted *pro hac vice*)
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Proposed Attorneys for Debtors
and Debtors-in-Possession*