UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                    Case No. 10-16040 (ALG)

CREDIT-BASED ASSET SERVICING
AND SECURITIZATION, LLC et al.                           Chapter 11


                           Debtors.
-------------------------------------------------------x

## APPOINTMENT OF OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

     Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors being among the largest unsecured claimants who are willing to serve are appointed to the official committee of unsecured creditors:

1. Wilmington Trust Company
    Rodney Square North
    110 Market Street
    Wilmington, DE 19890-1615
    Attn: Patrick J. Healy, Vice President
    Tel. No. (302) 636-6391

2. Commerzbank AG, Grand Cayman Branch
    2 World Financial Center
    New York, NY 10281
    Attn: Bruce Harris
          Robert Wolff
          Paul Koury
    Tel. Nos. (212) 266-7642
              (212) 266-7644

3. Wells Fargo Bank, NA
    45 Broadway, 12th Floor
    New York, NY 10006
    Attn: James R. Lewis
    Tel. No. (212) 515-5258

Dated: New York, New York
       December 1, 2010

                                        TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE

                            By:   /s/ Susan D. Golden
                                  Susan D. Golden
                                  33 Whitehall Street, 21st Floor
                                  New York, New York 10004
                                  Tel. No. (212) 510-0500