Mark T. Power
Jeffrey Zawadzki
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York  10022
(212) 478-7200

*Proposed Attorneys for The Official Committee of Unsecured Creditors
of Credit-Based Asset Servicing and Securitization LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC, *et al.*,[1] | Case No. 10-16040 (ALG) |
| Debtors. | |

-------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Hahn & Hessen LLP appears in the above-captioned case as proposed attorneys for The Official Committee of Unsecured Creditors of Credit-Based Asset Servicing and Securitization LLC, *et al.*, and, pursuant to Fed. R. Bank. P. 2002, 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b), all notices given or required to be given and all papers served or required to be served shall be given to and served as set forth below:

>Mark T. Power, Esq.
>Jeffrey Zawadzki, Esq.
>HAHN & HESSEN LLP
>488 Madison Avenue
>New York, New York  10022
>Telephone:  (212) 478-7200
>Fax:  (212) 478-7400
>E-Mail:  mpower@hahnhessen.com
>             jzawadzki@hahnhessen.com

---

[1] The other Debtors are C-BASS CBO Holding LLC, C-BASS Credit Corp., C-BASS Investment Management LLC, NIM I LLC, Pledged Property II LLC, Starfish Management Group LLC, and Sunfish Management Group LLC.

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules and Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by e-mail, mail, overnight or hand delivery, telephone or telecopier, or any other manner or method of transmission.

Dated: New York, New York
December 3, 2010

        HAHN & HESSEN LLP

        By: _/s/ Mark T. Power_
            Mark T. Power
            A Member of the Firm

        488 Madison Avenue
        New York, New York 10022
        (212) 478-7200

        *Proposed Attorneys for The Official Committee of*
        *Unsecured Creditors of Credit-Based Asset Servicing*
        *and Securitization LLC, et al.*