Peter S. Partee, Sr.
Jack A Molenkamp
Andrew Kamensky (admitted *pro hac vice*)
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000

*Proposed Attorneys for Debtors
and Debtors-in-Possession*

Hearing Date and Time: 12/06/10 at 11:00 a.m. (Prevailing Eastern Time)
Objection Deadline: 11/29/10 at 5:00 p.m. (prevailing Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC, et al., | Case No. 10-16040 (ALG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING OF REVISED PROPOSED FORM OF ORDER
(I) SCHEDULING AN AUCTION IN CONNECTION WITH THE
SALE OF THE COLLATERAL MANAGEMENT BUSINESS;
(II) APPROVING BIDDING PROCEDURES; (III) APPROVING
BREAK-UP FEE AND EXPENSE REIMBURSEMENT;
(IV) SCHEDULING A SALE HEARING; (V) ESTABLISHING
OBJECTION DEADLINE; AND (VI) APPROVING SALE HEARING
NOTICE AND NOTICE OF ASSUMPTION AND ASSIGNMENT**

**PLEASE TAKE NOTICE** that annexed hereto as **Exhibit 1** is a revised proposed form

of *Motion of Debtors and Debtors-in-Possession Credit-Based Asset Servicing and*

*Securitization LLC and C-BASS Investment Management LLC for (I) Entry of an Order (A)*

*Approving Bidding and Auction Procedures for the Sale of the Collateral Management Business;*

*and (B) Granting Related Relief; and (II) Entry of an Order (A) Authorizing the Sale of the*

*Collateral Management Business Free and Clear of all Liens, Claims, Encumbrances and*

---

[1] The other Debtors are C-BASS CBO Holding LLC, C-BASS Credit Corp., C-BASS Investment Management LLC, NIM I LLC, Pledged Property II LLC, Starfish Management Group LLC, and Sunfish Management Group LLC.

*Interests; (B) Authorizing the Assumption and Assignment of Collateral Management Contracts; and (C) Granting Related Relief* (the "<u>Revised Form of Proposed Order</u>").

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **<u>Exhibit 2</u>** is a blackline of the Revised Form of Proposed Order against the form of proposed order attached as Exhibit A to the Motion [Docket No. 14] filed on the Court's docket on November 12, 2010.

Dated: New York, New York
December 3, 2010

Respectfully submitted,

/s/ *Peter S. Partee, Sr.*
Peter S. Partee, Sr.
Jack A. Molenkamp
Andrew Kamensky (admitted *pro hac vice*)
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000

*Proposed Attorneys for the Debtors
and Debtors-in-Possession*