Peter S. Partee, Sr.
Andrew Kamensky (admitted *pro hac vice*)
Richard P. Norton
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Debtors and Debtors-in-Possession*

Hearing Date and Time: April 25, 2011 at 11:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 10-16040 (ALG)<br><br>(Jointly Administered) |

## NOTICE OF ADJOURNMENT OF HEARING ON CONFIRMATION OF DEBTORS' AMENDED JOINT CHAPTER 11 PLAN

**PLEASE TAKE NOTICE** that the hearing on confirmation of the Debtors' Amended Joint Chapter 11 Plan, which was scheduled for **April 11, 2011 at 2:30 p.m. (prevailing Eastern Time),** has been adjourned to April 25, 2011 at 11:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may be heard, before the Honorable Allan L. Gropper, in Courtroom 617 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

Dated: April 7, 2011
      New York, New York

**HUNTON & WILLIAMS LLP**

*/s/ Peter S. Partee, Sr.*
Peter S. Partee, Sr.
Andrew Kamensky (admitted *pro hac vice*)
Richard P. Norton
Robert A. Rich
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Debtors and Debtors-in-Possession*

---

[1] The other Debtors are C-BASS CBO Holding LLC, C-BASS Credit Corp., C-BASS Investment Management LLC, NIM I LLC, Pledged Property II LLC, Starfish Management Group LLC, and Sunfish Management Group LLC.

55436.000090 EMF_US 35069311v1