UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC, *et al.*, | Case No. 10-16040 (ALG) |
| Debtors.[1] | (Jointly Administered) |

**ORDER EXTENDING VOTING DEADLINE
IN CONNECTION WITH DEBTORS' AMENDED CHAPTER 11 PLAN**

Upon the notice of presentment, dated April 13, 2011 (the "Notice") of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), seeking the entry of an order extending the voting deadline in connection with the Debtors' amended chapter 11 plan (the "Plan") and the Court finding that: (i) it has jurisdiction to consider the Notice and the relief requested therein in accordance with 28 U.S.C. § 1334, the *Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York*, dated July 10, 1984 (Ward, Acting C.J.); (ii) consideration of the Notice and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue of the Debtors' chapter 11 cases and the Objection is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) due and proper notice having been given; (v) the Court having reviewed and considered the Notice; (vi) numerous creditors of the Debtors have requested an extension of the voting deadline in connection with the Plan, which deadline is currently set for April 13, 2011 at 5:00 p.m. EST; and (v) and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] The other Debtors are C-BASS CBO Holding LLC, C-BASS Credit Corp., C-BASS Investment Management LLC, NIM I LLC, Pledged Property II LLC, Starfish Management Group LLC, and Sunfish Management Group LLC.

**ORDERED, DECREED, AND ADJUDGED THAT:**

1. The voting deadline for the Debtors' Amended Chapter 11 Plan is hereby extended one week to April 20, 2011 at 5:00 p.m. EST.

Dated: New York, New York
April 21, 2011

                                               */s/ Allan L. Gropper*
                                               THE HONORABLE ALLAN L. GROPPER
                                               UNITED STATES BANKRUPTCY JUDGE