Peter S. Partee, Sr.
Andrew Kamensky (admitted *pro hac vice*)
Richard P. Norton
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC, *et al.*, | Case No. 10-16040 (ALG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 25, 2011 AT 11:00 A.M.**

Time and Date of Hearing:   April 25, 2011 at 11:00 a.m.

Location of Hearing:   The Honorable Allan L. Gropper
United States Bankruptcy Court
   for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
Courtroom Number 617
New York, New York 10004

Copies of Motions:   A copy of each of the documents listed below can be viewed on the Court's website at www.ecf.nysb.uscourts.gov and on Donlin, Recano & Company, Inc.'s website at www.donlinrecano.com/cbass.

---

[1] The other Debtors are C-BASS CBO Holding LLC, C-BASS Credit Corp., C-BASS Investment Management LLC, NIM I LLC, Pledged Property II LLC, Starfish Management Group LLC, and Sunfish Management Group LLC.

**UNCONTESTED MATTERS**

1.  Hearing on Confirmation of Debtors' Amended Joint Chapter 11 Plan [Docket No. 269; Filed March 3, 2011]

    Responses Received: None

    Related Documents:

    (a) Order Signed on 3/4/2011 Approving Disclosure Statement; Establishing a Record Date for Voting on the Chapter 11 Plan; Approving Solicitation Packages and Procedures for the Distribution thereof; Approving the Forms of Ballots; Establishing Procedures for Voting on the Chapter 11 Plan; and Establishing Notice and Objection Procedures for Confirmation of the Chapter 11 Plan [Docket No. 274; Entered March 4, 2011]

    (b) Solicitation Version of the Disclosure Statement with Respect to the Debtors' Amended Joint Chapter 11 Plan [Docket No. 281; Filed March 7, 2011]

    (c) Notice of Filing of Form of Plan Support Letter by the Official Committee of Unsecured Creditors [Docket No. 282; Filed March 7, 2011]

    (d) Notice of Publication of Confirmation Hearing Notice [Docket No. 308; Filed March 17, 2011]

    (e) Notice of Order (I) Approving Disclosure Statement; (II) Establishing a Record Date for Voting on the Chapter 11 Plan; (III) Approving Solicitation Packages and Procedures for the Distribution Thereof; (IV) Approving the Forms of Ballots; (V) Establishing Procedures for Voting on the Chapter 11 Plan; and (VI) Establishing Notice and Objection Procedures for Confirmation of the Chapter 11 Plan [Docket No. 320; Filed March 28, 2011]

    (f) Notice of Selection of Liquidation Trustee [Docket No. 330; Filed April 1, 2011]

    (g) Notice of Filing of Plan Supplement to Debtors' Amended Joint Chapter 11 Plan [Docket No. 345; Filed April 6, 2011]

    (h) Order Signed on 4/8/2011 Extending Voting Deadline and Adjourning Confirmation Hearing in Connection with Debtors' Amended Chapter 11 Plan [Docket No. 351; Entered April 8, 2011]

    (i) Order Signed on 4/21/2011 Extending Voting Deadline in Connection with Debtors' Amended Chapter 11 Plan [Docket No. 388; Entered April 21, 2011]

    (j) Declaration of Jung W. Song of Donlin, Recano & Company, Inc. With Respect to the Tabulation of Votes and Certifying the Results of Solicitation on the Debtors' Amended Joint Chapter 11 Plan [Docket No. 389; Filed April 21, 2011]

(k) Declaration of Andrew Rickert in Support of Confirmation of the Debtors' Amended Joint Chapter 11 Plan [Docket No. 390; Filed April 21, 2011]

(l) Memorandum of Law in Support of Confirmation of the Debtors' Amended Joint Chapter 11 Plan [Docket No. 391; Filed April 21, 2011]

(m) Notice of Filing of Proposed Form of Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Amended Joint Chapter 11 Plan [Docket No. 392; Filed April 21, 2011]

Status: The hearing on this matter will go forward.

2. Motion of Debtors and Debtors-in-Possession For Entry of an Order Authorizing the Sale of Certain Mortgage Loans, and the Assumption and Assignment of Related Servicing Agreements, to Waterfall Victoria Master Fund, Ltd. Free and Clear of All Liens, Claims, Encumbrances and Interests [Docket No. 349; Filed April 7, 2011]

Responses Received: None

Related Documents:

(a) Order, signed 4/14/2011, Shortening Notice Period and Fixing the Hearing and Objection Deadline to Consider Approval of the Motion of Debtors and Debtors-in-Possession for Entry of an Order Authorizing the Sale of Certain Mortgage Loans, and the Assumption and Assignment of Related Servicing Agreements, to Waterfall Victoria Master Fund, Ltd. Free and Clear of All Liens, Claims, Encumbrances and Interests [Docket No. 372; Entered April 14, 2011]

Status: The hearing on this matter will go forward.

3. Motion of Debtors and Debtors-in-Possession for Entry of an Order Authorizing the Sale of Certain Mortgage Loans to Elizon Mortgage Trust, Series 2009-1 Free and Clear of All Liens, Claims, Encumbrances and Interests [Docket No. 364; Filed April 14, 2011]

Responses Received: None

Related Documents:

(a) Order, signed 4/14/2011, Shortening Notice Period and Fixing the Hearing and Objection Deadline to Consider Approval of Motion of Debtors and Debtors-in-Possession for Entry of an Order Authorizing the Sale of Certain Mortgage Loans to Elizon Mortgage Trust, Series 2009-1 Free and Clear of All Liens, Claims, Encumbrances and Interests [Docket No. 370; Entered April 14, 2011]

Status: The hearing on this matter will go forward.

**CONTESTED MATTER**

4. Motion of the Debtors and Debtors-in-Possession for Entry of an Order (I) Authorizing the Assumption and Assignment of Subleases to Van Eck Associates Corporation and (II) Authorizing the Sale of Certain Furniture, Fixtures and Equipment Related Thereto Free and Clear of All Liens, Claims, Encumbrances and Interests [Docket No. 314; Filed March 25, 2011]

   Responses Received:

   (a) Radian Group, Inc.'s Limited Objection to C-BASS's Motion to Assume and Assign Its Sublease [Docket No. 377; Filed April 18, 2011]

   Related Documents:

   (b) Order Shortening Notice Period and Fixing the Hearing and Objection Deadline to Consider Approval of the Motion of Debtors and Debtors-in-Possession for Entry of an Order Authorizing the Assumption and Assignment of Subleases to Van Eck Associates Corporation and Authorizing the Sale of Certain Furniture, Fixtures and Equipment Related Thereto Free and Clear of All Liens, Claims, Encumbrances and Interests Granting Motion to Shorten Time [Docket No. 318; Entered March 28, 2011]

   Status: The hearing on this matter will go forward.

Dated: New York, New York
April 21, 2011

**HUNTON & WILLIAMS LLP**

/s/ *Peter S. Partee, Sr.*
Peter S. Partee, Sr.
Andrew Kamensky (admitted *pro hac vice*)
Richard P. Norton
Robert A. Rich
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Debtors and Debtors-in-Possession*