UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: )
)
CREDIT BASED ASSET SERVICING ) Chapter 11
AND SECURITIZATION LLC, et al, )
) Case No. 10-16040 (ALG)
) (Jointly Administered)
Debtors. )
)
_____ )

To the: Honorable Allan L. Gropper, United States Bankruptcy Court Judge
and
Attorneys Power, Zawadski, Hunker@ Hahn & Hessen LLP, Counsel -Liq. Trustee
US Trustee Susan Golden
CBASS Liquidation Trustee Clifford A. Zucker
US Bankruptcy Court Clerk of the Court

**EMERGENCY OBJECTION TO DEBTOR'S APPLICATION TO EXTEND FILING OF OBJECTIONS TO CLAIMS DUE July 16, 2012 AND REQUEST FOR SIXTY DAY EXTENSION OF TIME FOR JULY 17, 2012 HEARING**

1. We the undersigned, Marsha Pillich, Gary Wait and Robert and Stacy Schmidt ("movant's"), were mailed a motion dated July 9, 2012 by the Liquidation Trustee to extend the period for filing objections to claims for another three months, and objections are due by 10:00 A.M. July 16th, 2012. This motion was not received by the moving parties until July 13, 2012. We respectfully object to this Application due to our lack of reasonable time to properly respond.

2. We also have a hearing scheduled for July 17th, 2012 in Judge Gropper's court for which we have been unable to retain counsel. The fact that thousands of other borrowers were never notified to make a claim and due to the short notice of this application, we hereby respectfully request a sixty day extension of time to allow us to research the law, retain counsel and respond accordingly.

3. If this extension of time is allowed, the moving parties respectfully request a judicial subpoena to grant us emergency access to all C-BASS entities' files including what are believed to be secret case files called "RADAR" and any other reasonable documents pertaining to all borrowers and/or loans that C-BASS and all associated companies had ownership of, since its inception in 1996. This examination will allow the moving parties to find and notify all other borrowers of the same class of this pending Chapter 11 filing.

1

JUL 16 2012

4. We respectfully request from this Honorable Court reasonable time to retain counsel and to contact the other C-BASS victims that we believe to exist.

Respectfully requested by the moving parties this 16th of July, 2012,

/s/ Marsha Pillich
Marsha Pillich

/s/ Gary Wait
Gary Wait

/s/ Stacy Schmidt
Stacy Schmidt

/s/ Robert Schmidt
Robert Schmidt

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have sent via first class US Mail and by email this filing to all parties indicated below on this 16th day of July, 2012 a true and correct copy of the foregoing upon:

HAHN & HESSON LLP
c/o Mark T. Power for Jeff Zawadski & Chris Hunker, Esq.
Counsel for the C-BASS Liquidating Trustee Clifford A. Zucker
488 Madison Avenue
New York, NY 10022
mpower@hahnhessen.com

*jzawadzki*
*c hunker*

Office of the United States Trustee
Attn: Susan Golden, Esq.
33 Whitehall St.
21st Floor
New York, NY 10004
susan.golden@usdoj.gov

US Bankruptcy Court Clerk of the Court
Attn: Nick Kaluk
One Bowling Green,
New York, NY 10004
nick.kaluk@~~usdoj.gov~~
*@nysb.uscourts.gov*

The Honorable Judge Gropper
c/o: Lorraine Echevarria
One Bowling Green
New York, NY 10004
lorraine.echevarria@usdoj.gov

*Jonathan Petts - English*
*4044 - co clerk for Judy Gropper*
*nick_kaluk@nysb.uscourts.gov*

*lorraine_echevarria@nysb.uscourts.gov*

/s/ Marsha Pillich    *MP*
Marsha Pillich - Movant

**Robert L. and Stacy S. Schmidt**
4421 US Highway 411 S.
Maryville, Tn 37801
865-681-7784 / 865-681-3925 Fax
InsuranceIQ@aol.com

July 16, 2012

The Honorable Judge Gropper
One Bowling Green
New York, NY 10004

In re: CREDIT BASED ASSET SERVICING AND SECURITIZATION LLC, et al,
Chapter 11 Case No. 10-16040 (ALG)

Dear Judge Gropper,

Please be advised that Robert Schmidt will be applying for access of the Court's Electronic Case Filing privilege according to local rules with the Clerk of Court. Please also know that Mr. Schmidt is very familiar with the system, using same for five years as a pro se Plaintiff in Federal Court.

Mr. Schmidt would also ask that His Honor consider giving viewing access to Marsha Pillich and Gary Wait. All filings will be done with approval from all three movant's.

Respectively submitted this 16th day of July, 2012.

/s/ Robert Schmidt
Robert Schmidt - Movant

CC. MARSHA PILLICH
8 ELTHAM DRIVE
Amherst, NY 14226

CC. GARY WAIT
510 14th Ave
Union Grove, WI 53182