UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: )<br>)<br>CREDIT BASED ASSET SERVICING )<br>AND SECURITIZATION LLC, et al, )<br>)<br>)<br>Debtors. )<br>)<br>_____) | Chapter 11<br><br>Case No. 10-16040 (ALG)<br>(Jointly Administered) |

## EMERGENCY AFFIDAVIT

Comes now the undersigned and we duly swear and depose as follows:

1. We Marsha Pillich, Gary Wait, Robert and Stacy Schmidt, all are personally familiar with the matters set forth herein. We are all over the age of eighteen (18).

2. Upon information and belief, during all events that occurred with respect to the above mentioned Chapter 11 filing, movant's are personally aware of a significant number of borrowers in different "*Trusts*." These *Trusts* are supposed to contain "*Mortgage Back Securities*" and are governed by their individual Prospectus, Prospectus Supplement and Pooling and Servicing Agreements that are believed to have been transferred to Waterfall and others for servicing. It is movant's belief and understanding that all borrowers have not been notified and/or received any information regarding the Credit Based Asset Servicing and Securitization LLC ("C-BASS") bankruptcy filing.

1



RECEIVED
JUL 16 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

3. To the best of our knowledge, we are the only three that filed as mortgage holders and former holders against C-BASS, when we first became aware of the Chapter 11 filing in March of 2012. Upon information and belief, at no time were the tens of thousands of current and former mortgage holders that came under C-BASS control in the numerous securitization trust agreements notified of same.

4. All three moving parties are aware of tens of thousands of potential claims against C-BASS (and affiliates) as they relate to their mortgages as well as C-BASS managing companies, MGIC and Radian Insurance.

5. Should the court not grant movant's additional time, it is our belief thousands if not tens of thousands of mortgage holders and/or previous holders may lose their rights under federal bankruptcy statutes to claims, simply because they were not notified or given knowledge of the bankruptcy court's action, as required under bankruptcy law.

6. Due to the lack and emergency of time, notarization of this document was impossible and all movant's agree and approve of this Affidavit.

FURTHER MOVANT'S SAITH NOT.

Respectfully submitted this 16th day of July, 2012.

/s/ Marsha Pillich
Marsha Pillich – Movant

/s/ Gary Wait
Gary Wait – Movant

/s/ Robert & Stacy Schmidt
Robert & Stacy Schmidt - Movants

2